**Order entered January 14, 2013**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-13-00927-CV

**JASON MICHAEL SPENCER, Appellant**

**V.**

**DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15530**

### ORDER

On December 5, 2013, we ordered court reporter Vielica Dobbins to file the reporter's record no later than January 7, 2014. To date, the record has not been filed. Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter, to file the record no later than **January 24, 2014**. *Arrangements for a substitute reporter must be made, if necessary, as no further extensions will be granted absent exigent circumstances. See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to (1) Vielica Dobbins, (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court, and (3) the parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE